**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff, <br><br> v. <br><br> KONA CONCEPTS, INC., <br><br> Defendant. | C.A. No.: 1:21-cv-01600-RGA |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Plaintiff, Enzolytics, Inc., to move, answer or otherwise respond in response to the Answering Brief in Opposition to Plaintiff/Counterclaim Defendant Enzolytics, Inc.'s Motion to Dismiss filed by Kona Concepts, Inc. shall be extended from June 21, 2022 to July 1, 2022.

| **GARIBIAN LAW OFFICES, P.C.** | **COZEN O'CONNOR** |
|---|---|
| */s/ Antranig Garibian*_____ <br> Antranig Garibian, Esq. (#4962) <br> 1010 N. Bancroft Parkway, Suite 22 <br> (302) 722-6885 <br> ag@garibianlaw.com <br> *Counsel for Plaintiff* | */s/ Kaan Ekiner*_____ <br> Kaan Ekiner, Esq. (#5607) <br> 1201 North Market Street, Suite 1001 <br> Wilmington, DE 19801 <br> (302) 295-2046 <br> kekiner@cozen.com <br> *Counsel for Defendant* |

SO ORDERED this ____ day of _____ 2022.

_____
The Honorable Richard G. Andrews, U.S.D.C.