**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> KONA CONCEPTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01600-RGA |

**NOTICE OF SERVICE**

I certify that on August 10, 2022, a copy of (i) Defendant/Counterclaim Plaintiff Kona Concept Inc.'s First Set of Interrogatories; and (ii) First Set of Requests for Production of Documents were served on the following counsel of record via electronic mail:

> Antranig N. Garibian
> Garibian Law Offices, P.C.
> 1010 Bancroft Parkway, Suite 22
> Wilmington, DE 19805
> 215-326-9179
> ag@garibianlaw.com

> */s/ Kaan Ekiner*
> Kaan Ekiner, Esq. (#5607)
> COZEN O'CONNOR
> 1201 North Market Street, Suite 1001
> Wilmington, DE 19801
> (302) 295-2046
> kekiner@cozen.com
>
> John J. Muldoon III, Esq. (admitted *pro hac vice*)
> MULDOON & MULDOON, LLC
> 111 West Washington Street
> Suite 1500
> Chicago, IL 60602
> (312) 739-3550
> jjm@muldoonlaw.com
> *Attorneys for Defendant, Counterclaim Plaintiff Kona Concepts, Inc.*