# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ENZOLYTICS, INC.,** | : | C.A. NO. 1:21-CV-01600-RGA |
| Plaintiff, | : | |
| v. | : | |
| **KONA CONCEPTS, INC.** | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I certify that on September 23, 2022, a true and accurate copy of the following documents:

1. Responses to First Set of Requests for Production of Documents of Kona Concepts, Inc.;

2. Responses to First Set of Interrogatories of Kona Concepts, Inc.;

were served via e-mail on the following parties:

John J. Muldoon, III, Esquire
jjm@muldoonlaw.com
Kaan Ekiner, Esquire
kekiner@cozen.com

**GARIBIAN LAW OFFICES, P.C.**
By: */s/ Antranig N. Garibian*_____
Antranig N. Garibian, Esquire (DE Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 722-6885
ag@garibianlaw.com
*Attorney for Enzolytics, Inc.*