

January 23, 2023

Kaan Ekiner
Direct Phone   302-295-2046
Direct Fax     302-250-4356
kekiner@cozen.com

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Enzolytics, Inc. v. Kona Concepts, Inc.*
              C.A. No. 21-1600-RGA

Dear Judge Andrews:

      I write on behalf of all parties in the above-referenced case and related matter, *Enzolytics, Inc. v. Cimarron Capital, Ltd.*, C.A. No.: 21-01599-RGA (collectively, the "Actions") to advise the Court that the parties have stipulated to a First Amendment (the "First Amendment") to the Scheduling Order entered by the Court on April 5, 2022 [D.I. 21]. The parties have stipulated to extend certain fact and expert discovery deadlines in light of the pending Motion to Dismiss Amended Counterclaim (the "Motion") filed by Counterclaim Defendant Enzolytics, Inc. [D.I. 26]. Under the First Amendment, once the Motion is resolved, it will trigger certain fact and expert discovery deadlines. The pretrial conference and trial dates set aside for the Actions are not affected by the First Amendment.

      Counsel are available to discuss this joint request at the Court's convenience.

      Respectfully submitted,

      COZEN O'CONNOR

      */s/ Kaan Ekiner*
By:    Kaan Ekiner (#5607)

cc:    All counsel of record (*via* CM/ECF)