IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> KONA CONCEPTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01600-RGA |

**STIPULATION AND [PROPOSED] FIRST AMENDMENT TO
<u>TRIAL SCHEDULING ORDER</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that:

a. <u>Discovery Cut Off</u>. All fact discovery in this case shall be initiated so that it will be completed on or before 135 days after this Court's ruling on Counterclaim Defendant Enzolytics, Inc.'s Motion to Dismiss Amended Counterclaim [D.I. 27].

b. <u>Document Production</u>. Document production shall be substantially complete by 60 days after this Court's ruling on Counterclaim Defendant's Motion to Dismiss.

c. <u>Disclosure of Expert Testimony</u>

    i. <u>Expert Reports.</u> For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before 45 days after Discovery Cut Off date. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before 45 days after the disclosure of expert testimony. No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submissions of the expert reports, the parties shall advise of

the dates and times of their experts' availability for deposition. Any expert depositions shall be taken no later than 60 days from the date supplemental disclosures are due.

　　　ii.　　**Objections to Expert Testimony.** To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), as incorporated in Federal Rule of Evidence 702, it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

　d.　　None of the remaining deadlines in the Scheduling Order entered by the Court on April 5, 2022 [D.I. 22] are affected by the entry of this Order.

| **GARIBIAN LAW OFFICES, P.C.** | **COZEN O'CONNOR** |
|---|---|
| */s/ Antranig Garibian*<br>Antranig Garibian, Esq. (# 4962)<br>Brandywine Plaza East<br>1523 Concord Pike, Suite 400<br>Wilmington, DE  19803<br>(302) 722-6885<br>ag@garibianlaw.com | */s/ Kaan Ekiner*<br>Kaan Ekiner, Esq. (# 5607)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com |
| *Attorney for Plaintiff-Counterclaim Defendant* | *Attorneys for Defendant-Counterclaim Plaintiff* |

Dated: January 23, 2023

SO ORDERED this   23   day of      January           2023.

　　　　　　　　　　　　　　　　　　/s/ Richard G. Andrews
　　　　　　　　　　　　　　　　　The Honorable Richard G. Andrews, U.S.D.J.