**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENZOLYTICS, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> KONA CONCEPTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01600-RGA |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant/Counterclaim Plaintiff Kona Concepts, Inc., a private, non-governmental party, by and through its undersigned counsel, states that Kona Concepts, Inc. does not have any parent corporation and no publicly held corporation owns 10% or more of the stock in Kona Concepts, Inc.

**COZEN O'CONNOR**

*/s/ Kaan Ekiner*
Kaan Ekiner, Esq. (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendant/Counterclaim Plaintiff*