# EXHIBIT B

**csc@bioclonetics.com** <csc@bioclonetics.com>　　　　Mon, Oct 5, 2020 at 5:21 PM
To: Robert du Purton <rdupurton@gmail.com>
Cc: Harry Zhabilov <zhabilov@att.net>, peter aiello <peteraiello29@gmail.com>

Hi Robert,

The weekend was good. Hope your weekend went well also.

A discussion this Wednesday at 10 am EST would be good. We are getting a lot of interest from various groups and would like to know what you would propose.

We will ask Billy Ray to be on the call if that is OK with you and Peter.

We can use our call-in number unless you would prefer to use yours.

　　Conference call in – 978 990-5139

　　Code 8899670.

Look forward to the discussion. If you need any additional information from us before the call, please let us know.

Best regards,

Charles