# EXHIBIT C


peter aiello <peteraiello29@gmail.com>

# Term sheet
1 message

**Billy Ray** <billyvrayjr@yahoo.com>      Tue, Oct 27, 2020 at 12:23 PM
To: Peter Aiello <peteraiello29@gmail.com>
Cc: Charles Cotropia <csc@bioclonetics.com>, Harry Zhabilov <zhabilov@att.net>

Peter,

Charles has sent me the text you just sent him. I am sorry that I am not communicating the position clearly. Charles and Harry have asked me to handle the funding responses. The company is not interested in a consultant/agent situation. We have plenty of consultants. The company has $500K in bridge funding so the immediate needs are met. The merged entity will need additional funding, which the bridge lenders are also providing terms for $3 million. You and I have discussed the next steps being the Company need a terms sheet of what your group is willing to provide. The company is not going to provide the terms they are negotiating with the bridge lender but will listen to the terms you are wiling to offer. If you would rather wait until the current proposed funding is complete and then offer take out financing that is an option as well.

Please make sure that all future communications are copied to me. We hope we can find a way to complete a transaction with you based on terms received from your group but we can't disclose the terms we are negotiating as the bridge loan has a confidentiality clause in it.

Call if you need to.

Thanks,

Billy