# EXHIBIT D

 **Gmail**

peter aiello <peteraiello29@gmail.com>

## Conversion of a portion of my debts

6 messages

**peter aiello** <peteraiello29@gmail.com>       Sat, Nov 14, 2020 at 9:39 AM
To: Harry Zhabilov <zhabilov@att.net>, billyvrayjr@yahoo.com
Cc: Naomi Alzate <naomi.alzate@gmail.com>, Peter Aiello <peteraiello29@gmail.com>

Dear Harry/Billy,
This is a request to Enzolytics, Inc., that I desire to convert a portion of my debts, into common shares of Enzolytics,Inc.
Based, on the Sept.30,2018 Quarterly Filing, Cimarron Capital, Ic. has (2) outstanding loans, and my other corporation Kona Concepts, Inc has (1) Loan Agreement.
Following are the (2) Loan Agreements I have decided to convert.

Kona Concepts, Inc. on the above date of the Quarterly Filing shows,

| Principal. | Interest. | Total |
|---|---|---|
| $25,000 | $4,664 | $29,664   *Plus (2) year interest @ 8% = $35,000 |

Kona Concepts, Inc. $35,000 @ the (50%) discount ($.004) Equates into  8,775,000

Cimarron Capital,Ltd

| Principal. | Interest | Total |
|---|---|---|
| $5,000. | $800. | $5800   *Plus (2) year interest @ 8% = $6765 |

Cimarron Capital Ltd. $5,800 @ the (50%) Discount ($.004)  equates Into  1,675,000

Based on the Terms of both loans, I have the option to convert my debt at a (50%) discount to the lowest closing bid during the last 10 days.
In the last 10 days, the lowest closing bid  price of Enzolytics (ENZC) was $.008, which would at a (50%) discount convert at ($.004)

Please send me whatever document, or paperwork you require to expedite this transaction.
Best Regards,
Peter


* I have calculated the approximate interest that would be accumulated up to date


Sent from my iPad

---

**peter aiello** <peteraiello29@gmail.com>       Sun, Nov 15, 2020 at 5:04 AM
To: Harry Zhabilov <zhabilov@att.net>, billyvrayjr@yahoo.com