# EXHIBIT E

**peter aiello** <peteraiello29@gmail.com>  
To: Harry Zhabilov <zhabilov@att.net>, billyvrayjr@yahoo.com

Sun, Nov 15, 2020 at 5:04 AM

Dear Harry/Billy,
I seemed to make an error in the enclosed email sent.
As relates to the Cimarron Capital, Ltd combined principal and interest, I mistakenly put the total amount as $5800, which should have reflected $6765.
Based on the $6765 amount owed, that is where I calculated the amount of shares
would equate to the number as it appears in my email sent is the 1,675,000.
Hopefully, my emails will be sufficient evidence of my request to the enclosed conversion of the portion of the debts owed.
Regards,
Peter
Sent from my iPad