# EXHIBIT F

**Billy Ray** <billyvrayjr@yahoo.com>  Sun, Nov 15, 2020 at 8:37 AM
Reply-To: "billyvrayjr@yahoo.com" <billyvrayjr@yahoo.com>
To: "peteraiello29@gmail.com" <peteraiello29@gmail.com>, Harry Zhabilov <zhabilov@att.net>

Peter,

You are going to have to wait. It is like you are not hearing me or ignoring my situation. Harry would need my help and I can't give it right now. Hopefully later this week but it is worse today.

Billy

Sent from Yahoo Mail on Android

[Quoted text hidden]