# EXHIBIT G

**Billy Ray** <billyvrayjr@yahoo.com>  Mon, Nov 16, 2020 at 12:57 PM
Reply-To: "billyvrayjr@yahoo.com" <billyvrayjr@yahoo.com>
To: "peteraiello29@gmail.com" <peteraiello29@gmail.com>

Peter,

I am still working from a flat on my back position from my phone. The first thing I see is that you ar cal ulating interey that had already been accrued. The accrued interest on the disclosure statement is the life of the loan accrual. So you do jot need to calculate interest.

I have a call into Tiffany to confirm but based on my past experience you will have to have an opinion letter. Next I have to finish the filings to remove the stop sign before an attorney will issue an opinion letter and fi ally if you look at the press release around October 26th the initial funding required the company to stand still for 30 days on any conversions. Earliest tou could get this done is 11-26 but at the pace Jona is turning the qtrs iymt will probably be 12-10 before everything is filed including the opinion letter.

Hope this helps.

Thanks,

Billy