# EXHIBIT H

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:09 PM 11/19/2020
FILED 04:09 PM 11/19/2020
SR 20208450588 - File Number 4658525

CERTIFICATE OF MERGER
Enzolytics, Inc.,
Enzolytics Merger Corp. and
ENZC SUB, Inc.

Pursuant to Section 251 of the General Corporation Law of the State of Delaware (the "DGCL"), Enzolytics, Inc., a Delaware corporation, in connection with the merger of Enzolytics Merger Corp., a Delaware corporation, with and into ENZC SUB, Inc. (this being hereinafter referred to as the "Merger"), hereby certifies as follows:

FIRST: The names and states of incorporation of the constituent corporations to the Merger are:

| Name | State of Incorporation |
|---|---|
| Enzolytics, Inc. | Delaware |
| ENZC SUB, Inc. | Delaware |
| Enzolytics Merger Corp. | Delaware |

SECOND: An Agreement and Plan of Merger, dated as of November 16, 2020, by and among Enzolytics, Inc., ENZC SUB, Inc., and Enzolytics Merger Corp. (the "Merger Agreement"), setting forth the terms and conditions of the Merger, has been approved, adopted, executed and acknowledged by each of the three participants to such Merger Agreement, in accordance with Section 251(g) of the DGCL.

THIRD: The name of the surviving corporation is ENZC SUB, Inc. (the "Surviving Corporation"), with Enzolytics Merger Corp. not surviving, with ENZC SUB, Inc. continuing in existence as the subsidiary of Enzolytics, Inc., the successor issuer.

FOURTH: The Certificate of Incorporation, as may be amended from time to time of the Corporation as in effect immediately prior to the Merger shall be the certificate of incorporation of the Surviving Corporation with the addition of a new Article, which shall be added thereto, reading as follows:

> "Other than the election or removal of directors of the Corporation, any act or transaction by or involving the Corporation that requires for its adoption under the General Corporation Law of the State of Delaware or this Certificate of Incorporation, as may be amended from time to time the approval of the stockholders of the Corporation shall, pursuant to Section 251(g)(7)(i) of the General Corporation Law of the State of Delaware, require, in addition, the approval of the stockholders of the Corporation (or any successor by merger), by the same vote as is required by the General Corporation Law of the State of Delaware and/or this Certificate of Incorporation, as may be amended from time to time."

FIFTH: The Merger shall become effective upon filing.

SIXTH: The executed Merger Agreement is on file at the office of the Surviving Corporation located at 2000 North Central Expressway, Plano, Texas 75074. A copy of the Merger

Agreement will be furnished by the Surviving Corporation, on request and without cost to any stockholder of either corporation.

SEVENTH: Following the Merger and its effectiveness, Enzolytics, Inc. will become the parent corporation to ENZC SUB, Inc. and its sole shareholder, with Enzolytics Merger Corp. ceasing to exist.

IN WITNESS WHEREOF, this Certificate of Merger has been executed on this November 16, 2020.

**Enzolytics, Inc.,**
a Delaware corporation

Name: _____  Charles Cotropia, CEO and President

**ENZC SUB, Inc.,**
a Delaware corporation

Name: _____  Charles Cotropia, CEO and President

**Enzolytics Merger Corp.,**
a Delaware corporation

Name: _____  Charles Cotropia, CEO and President