IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENZOLYTICS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 21-1600-RGA |
| | : | |
| KONA CONCEPTS, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This **28th** day of February 2023, upon consideration of the Magistrate Judge's Report and Recommendation dated February 6, 2023 (D.I. 39), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 39) is **ADOPTED**.

2. Plaintiff's motion to dismiss (D.I. 27) is **GRANTED**, and Defendant's request for leave to amend its counterclaims (D.I. 30 at 9) is **GRANTED**.

/s/ Richard G. Andrews
United States District Judge