# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> KONA CONCEPTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01600-RGA |

## NOTICE OF SERVICE

I certify that on March 3, 2023, a copy of (i) Defendant/Counterclaim Plaintiff Kona Concepts, Inc.'s Second Set of Interrogatories; and (ii) Second Set of Requests for Production of Documents were served on the following counsel of record via electronic mail:

Antranig N. Garibian
Garibian Law Offices, P.C.
1010 Bancroft Parkway, Suite 22
Wilmington, DE 19805
215-326-9179
ag@garibianlaw.com

/s/ Kaan Ekiner
Kaan Ekiner, Esq. (#5607)
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

John J. Muldoon III, Esq. (admitted *pro hac vice*)
MULDOON & MULDOON, LLC
111 West Washington Street
Suite 1500
Chicago, IL 60602
(312) 739-3550
jjm@muldoonlaw.com
*Attorneys for Defendant, Counterclaim Plaintiff Kona Concepts, Inc.*