IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ENZOLYTICS, INC.,** | : C.A. No. 1:21-cv-01600-RGA |
| Plaintiff/Counterclaim Defendant, | : |
| v. | : |
| **KONA CONCEPTS, INC.** | : |
| Defendant/Counterclaim Plaintiff | : |

### COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS

Plaintiff/Counterclaim Defendant, Enzolytics, Inc. ("ENZC"), by and through undersigned counsel, hereby moves this Honorable Court for an Order dismissing Counterclaim Plaintiff's Second Amended Counterclaims with prejudice as set forth more fully in the Opening Brief in Support of this Motion filed simultaneously herewith.

    Respectfully Submitted,

_____
By: Antranig Garibian, Esq.
Garibian Law Offices, P.C.
1523 Concord Pike, Suite 400
Wilmington, DE  19803
(302) 722-6885 – o
ag@garibianlaw.com
*Attorney for Plaintiff/Counterclaim Defendant, Enzolytics, Inc.*

1