## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ENZOLYTICS, INC.,** | : | C.A. NO. 1:21-CV-01600-RGA |
| Plaintiff, | : | |
| v. | : | |
| **KONA CONCEPTS, INC.** | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I certify that on March 24, 2023, a true and accurate copy of the following documents:

1. First Set of Interrogatories Directed to Defendant;

2. First Set of Requests for Production of Documents Directed to Defendant;

were served via e-mail on the following parties:

John J. Muldoon, III, Esquire
jjm@muldoonlaw.com
Kaan Ekiner, Esquire
kekiner@cozen.com

**GARIBIAN LAW OFFICES, P.C.**
By: */s/ Antranig N. Garibian*
Antranig N. Garibian, Esquire (DE Bar No. 4962)
Brandywine Plaza East
1523 Concord Pike, Suite 400
Wilmington, DE  19803
Telephone: (302) 722-6885
ag@garibianlaw.com
*Attorney for Enzolytics, Inc.*