# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> KONA CONCEPTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01600-RGA |

## NOTICE OF INTENT TO SERVE THIRD-PARTY DISCOVERY, SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45

**PLEASE TAKE NOTICE** that, on or after April 6, 2023, the undersigned will serve a Subpoena to Produce Documents, Information, or Objects pursuant to Federal Rule of Civil Procedure 45, a copy of which is attached hereto as Exhibit 'A,' on the following non-party:

Stephen M. Hicks
17210 Germano Ct.
Naples, FL 34110-2850

OF COUNSEL:

John J. Muldoon, III (admitted *pro hac vice*)
MULDOON & MULDOON, LLC
111 West Washington Street, Suite 1500
Chicago, IL 60602

Dated: April 6, 2023

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2013
kekiner@cozen.com

*Attorneys for Defendant, Counterclaim Plaintiff Kona Concepts, Inc.*