

May 15, 2023

**Kaan Ekiner**
Direct Phone   302-295-2046
Direct Fax       302-250-4356
kekiner@cozen.com

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Enzolytics, Inc. v. Kona Concepts, Inc.*
              C.A. No. 21-1600-RGA

Dear Judge Andrews:

      I write on behalf of all parties in the above-referenced case and related matter, *Enzolytics, Inc. v. Cimarron Capital, Ltd.*, C.A. No.: 21-01599-RGA (collectively, the "Actions") to advise the Court that the parties have stipulated to a Second Amendment (the "Second Amendment") to the Scheduling Order entered by the Court on April 5, 2022 [D.I. 22]. A First Amendment to the Scheduling Order was previously entered by the Court on January 23, 2023 [D.I. 37]. The parties have stipulated to extend certain fact and expert discovery deadlines in light of the pending Motion to Dismiss Second Amended Counterclaim (the "Motion") filed by Counterclaim Defendant Enzolytics, Inc. [D.I. 44]. Under the Second Amendment, once the Motion is resolved, it will trigger certain fact and expert discovery deadlines. The pretrial conference and trial dates set aside for the Actions are not affected by the Second Amendment.

      Counsel are available to discuss this joint request at the Court's convenience.

      Respectfully submitted,

      COZEN O'CONNOR

      */s/ Kaan Ekiner*
By:    Kaan Ekiner (#5607)

cc:    All counsel of record (*via* CM/ECF)