

May 30, 2023

**Kaan Ekiner**
Direct Phone  302-295-2046
Direct Fax      302-250-4356
kekiner@cozen.com

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re: *Enzolytics, Inc. v. Kona Concepts, Inc.*
      C.A. No. 21-1600-RGA

Dear Judge Andrews:

  I write on behalf of all parties in the above-referenced case and related matter, *Enzolytics, Inc. v. Cimarron Capital, Ltd.*, C.A. No.: 21-01599-RGA. In light of the Court's Order (the "Order"), dated May 16, 2023 (D.I. 61), the parties have conferred, and respectfully request that the Court hold the current case schedule (including the current discovery deadline) in abeyance until the Court adjudicates Plaintiff, Counterclaim Defendant's pending Motion to Dismiss Second Amended Counterclaim ("Motion to Dismiss") (D.I. 44). The parties request that the Court enter the attached proposal, which provides that no later than 10 days after the Court rules, the parties will submit a proposed revised Scheduling Order for the Court's consideration.

  The parties came to this determination in light of the practical considerations raised by the Court in the Order. The parties believe that this is a workable proposal in which a more informed decision can be made by the parties with respect to case schedule once it is clear how much time will remain in the current case schedule once the Motion to Dismiss is decided.

  Good cause also exists for the relief requested. The current fact discovery deadline, pursuant to the First Amendment to the Court's Scheduling Order, is July 13, 2023, or 135 days from February 28, 2023, the date the Court adopted the Magistrate Judge's Report and Recommendation on Plaintiff, Counterclaim Defendant Enzolytics, Inc.'s Motion to Dismiss First Amended Counterclaim. (D.I. 37, 41). The parties have engaged in written fact discovery, and third-party documentary discovery, (*e.g.*, D.I. 48, 53), and are at an impasse on certain discovery objections that will be likely be clarified by the Court's decision on the pending Motion to Dismiss. The parties believe that this extension is in the best interest of both party and judicial resources.

  As a consequence, the parties respectfully submit that good cause exists for holding the current case deadlines in abeyance, including the discovery deadline, and ordering the parties to submit a proposed revised case schedule 10 days after the Court decides the pending motion to dismiss. A proposed Order for the Court's consideration is concurrently submitted herewith.

  Counsel are available to discuss this joint request at the Court's convenience.

The Honorable Richard G. Andrews, U.S.D.J.
May 30, 2023
Page 2

_____

                                          Respectfully submitted,

                                          COZEN O'CONNOR

                                          */s/ Kaan Ekiner*

By:    Kaan Ekiner (#5607)

cc:    All counsel of record (*via* CM/ECF)