# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC, | |
|     Plaintiff/Counterclaim Defendant, | |
| v. | C.A. No.: 1:21-cv-01600-RGA |
| KONA CONCEPTS, INC., | |
|     Defendant/Counterclaim Plaintiff. | |

## ORDER

AND NOW, this  30  day of      May      , 2023, upon consideration of the Letter Request submitted by Defendant, Counterclaim Plaintiff Kona Concepts, Inc., and for good cause it is HEREBY ORDERED that current case management deadlines set forth in the Court's Scheduling Order and First Amendment to Scheduling Order (D.I. 22, 37) are held in abeyance. It is hereby FURTHER ORDERED that within ten (10) days of the Court's decision on Plaintiff, Counterclaim Defendant Enzolytics, Inc.'s Motion to Dismiss Second Amended Counterclaim (D.I. 44), the Parties shall submit a Joint Revised Scheduling Order.

    /s/ Richard G. Andrews
    The Honorable Richard G. Andrews