IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> KONA CONCEPTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01600-RGA |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES RELATED TO REPORT AND RECOMMENDATION**

WHEREAS, on February 27, 2023, Defendant, Counterclaim Plaintiff Kona Concepts, Inc. ("Kona") filed the Second Amended Counterclaim;

WHEREAS, on March 14, 2023, Plaintiff, Counterclaim Defendant Enzolytics, Inc. ("Enzolytics") filed the Motion to Dismiss Counterclaim;

WHEREAS, on May 31, 2023, The Honorable Sherry R. Fallon issued the Report and Recommendation (the "Report"), recommending that Kona's counterclaims are dismissed with prejudice;

WHEREAS, pursuant to Fed. R. Civ. P. 72(b)(1), the deadline to serve and file specific written objections to the Report is June 14, 2023;

NOT THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the approval of the Court, that:

1. Kona shall serve and file any written objections to the Report by June 27, 2023; and

2. Enzolytics shall serve and file its response to Cimarron's written objections to the Report by July 21, 2023.

| | |
|---|---|
| **GARIBIAN LAW OFFICES, P.C.** | **COZEN O'CONNOR** |
| */s/ Antranig Garibian* | */s/ Kaan Ekiner* |
| Antranig Garibian (#4962) | Kaan Ekiner (#5607) |
| Brandywine Plaza East | 1201 North Market Street, Suite 1001 |
| 1523 Concord Pike, Suite 400 | Wilmington, DE 19801 |
| Wilmington, DE 19803 | (302) 295-2046 |
| (302) 722-6885 | kekiner@cozen.com |
| ag@garibianlaw.com | |
| | *Attorneys for Defendant/Counterclaim* |
| *Attorneys for Plaintiff/Counterclaim* | *Plaintiff Cimarron Capital, Ltd.* |
| *Defendant Enzolytics, Inc.* | |

Dated: June 8, 2023

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Richard G. Andrews, U.S.D.C.

2