IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZOLYTICS, INC, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> KONA CONCEPTS, INC., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 1:21-cv-01600-RGA |

**SECOND STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES RELATED TO REPORT AND RECOMMENDATION**

WHEREAS, on February 27, 2023, Defendant, Counterclaim Plaintiff Kona Concepts, Inc. ("Kona") filed the Second Amended Counterclaim;

WHEREAS, on March 14, 2023, Plaintiff, Counterclaim Defendant Enzolytics, Inc. ("Enzolytics") filed the Motion to Dismiss Counterclaim;

WHEREAS, on May 31, 2023, The Honorable Sherry R. Fallon issued the Report and Recommendation (the "Report"), recommending that Kona's counterclaims are dismissed with prejudice;

WHEREAS, pursuant to Fed. R. Civ. P. 72(b)(1), the deadline to serve and file specific written objections to the Report was June 14, 2023;

WHEREAS, the parties previously stipulated to an extension that the Court ordered whereby Kona would serve and file any written objections to the Report by June 27, 2023 and Enzolytics would serve and file its response to Kona's written objections to the Report by July 21, 2023;

WHEREAS, Kona has requested an additional extension to serve and file any written objections to the Report;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the approval of the Court, that:

1. Kona shall serve and file any written objections to the Report by July 11, 2023; and

2. Enzolytics shall serve and file its response to Kona's written objections to the Report by August 11, 2023.

**\* The Court advises that no further extensions will be granted without good cause.**

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*
Antranig Garibian (#4962)
Brandywine Plaza East
1523 Concord Pike, Suite 400
Wilmington, DE 19803
(302) 722-6885
ag@garibianlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant Enzolytics, Inc.*

Dated: June 23, 2023

**COZEN O'CONNOR**

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendant/ Counterclaim Plaintiff Cimarron Capital, Ltd.*

SO ORDERED this  23  day of    June   , 2023.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews, U.S.D.C.