## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ENZOLYTICS, INC,**<br><br>   **Plaintiff/Counterclaim Defendant,**<br><br>  **v.**<br><br>**CIMARRON CAPITAL, LTD.**<br><br>   **Defendant/Counterclaim Plaintiff.** | **C.A. No.: 1:21-cv-01599-RGA** |
| **ENZOLYTICS, INC,**<br><br>   **Plaintiff,**<br><br>  **v.**<br><br>**KONA CONCEPTS, INC.,**<br><br>   **Defendant.** | **C.A. No.: 1:21-cv-01600-RGA** |

### STIPULATION AND
### JOINT REVISED SCHEDULING ORDER

  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that:

1. <u>Discovery Cut Off</u>. All fact discovery in this case shall be initiated so that it will be completed on or before **<u>December 15, 2023.</u>**

2.    <u>Disclosure of Expert Testimony</u>

a.    <u>Expert Reports.</u> For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **<u>February 15, 2024</u>**. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **<u>March 15, 2024</u>**. No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submissions of the expert disclosures, the parties shall advise of the dates and times of their experts' availability for deposition. Any expert depositions shall be taken no later than **<u>April 12, 2024</u>**.

3.    <u>Case Dispositive Motions</u>. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **<u>June 14, 2024</u>**. No case dispositive motion may be filed more than ten days before the above date without leave of the Court.

4.    C.A. No. 21-cv-01599-RGA and C.A. No. 21-cv-01600-RGA shall be consolidated for purposes of discovery and trial.  C.A. 21-1599-RGA shall be deemed the lead case and all future filings will be made in the lead case only.

5.    <u>Pretrial Conference</u>.  On **<u>October 18, 2024</u>**, the Court will hold a Rule

16(e) final pretrial conference in Court with counsel beginning at

9:00  a.m. The parties shall file a joint proposed final pretrial order

in compliance with Local Rule 16.3(c) no later than 5 p.m. on the

third business day before the date of the final pretrial conference.

Unless otherwise ordered by the Court, the parties shall comply

with the timeframes set forth in Local Rule 16.3(d) for the

preparation of the proposed joint final pretrial order.

6.    <u>Trial</u>.  This matter is scheduled for a three  day bench trial beginning at

9:30 a.m. on **<u>October 28, 2024</u>**. The trial will be timed, as counsel will

be allocated a total number of hours in which to present their respective

cases.

7.    None of the remaining provisions in the Scheduling Orders entered by the

Court (C.A. No. 1:21-cv-01599-RGA, Dkt. 21; C.A. No. 1:21-cv-01600-

RGA, Dkt. 22) are affected by the entry of this Order.

**GARIBIAN LAW OFFICES, P.C.**          **COZEN O'CONNOR**

*/s/ Antranig Garibian*                        */s/ Kaan Ekiner*
Antranig Garibian, Esq. (#4962)          Kaan Ekiner, Esq. (#5607)
1523 Concord Pike, Suite 400            1201 North Market Street, Suite
Wilmington, DE  19803                   1001
(302) 722-6885                          Wilmington, DE 19801
ag@garibianlaw.com                      (302) 295-2046
*Counsel for Plaintiff*                 kekiner@cozen.com

*Counsel for Defendants, Cimarron Capital, Ltd. and Kona Concepts, Inc.*

**SO ORDERED** this _25_ day of _____September_____ 2023.

/s/ Richard G. Andrews
_____
UNITED STATES DISTRICT JUDGE